# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SHANE BURRIS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:23-cv-00057** |
| | § | |
| **TYSON FOODS, INC. AND,** | § | **JURY TRIAL DEMANDED** |
| **AMIR ATA JABARZADEH** | § | |
| | § | |
| *Defendants.* | § | |

---

**INFORMATION PURSUANT TO LOCAL RULE CV-81(c)**

---

(1)     A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (e.g., pending, dismissed);

Shane Burris
*Plaintiff*

Tyson Foods, Inc. and Amir Ata Jabarzadeh
*Defendants*

The removed case is currently pending.

(2)     A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g. complaints, amended complaints, supplemental complaints, counterclaims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a);

See attached civil cover sheet and documents attached to Defendant Tyson Foods, Inc.'s Notice of Removal as ***Exhibit A***.

(3)     A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties

---

represented by him/her;
Ramez F. Shamieh
Texas State Bar No. 24066683
Email: ramez@shamiehlaw.com;
Myles Lenz
Texas State Bar No. 24092685
Email: myles@shamiehlaw.com
SHAMIEH LAW, PLLC
1111 W. Mockingbird Lane, Suite 1160
Dallas, TX 75247
Telephone: (214) 389-7333
Facsimile: (214) 389-7335

*Counsel for Plaintiff Shane Burris*

Zach T. Mayer
Texas State Bar No. 24013118
Email: zmayer@mayerllp.com
J. Edward Johnson
State Bar No. 24070001
Email: ejohnson@mayerllp.com
G. Adrian Galvan
State Bar No. 24108601
Email: agalvan@mayerllp.com
MAYER LLP
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214.379.6900
Facsimile: 214.379.6939

*Counsel for Defendant Tyson Foods, Inc.*

(4)     A record of which parties have requested a trial by jury (this information is in addition to filing a separate jury demand pursuant to Local Rule CV-38(a)); and

Plaintiff Shane Burris

(5)     The name and address of the court from which the case is being removed.

The 431st Judicial District Court of Denton County, Texas
1450 E. McKinney St., 4th Floor
Denton, TX 76209

JS 44   (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Shane Burris

**(b)** County of Residence of First Listed Plaintiff   Grayson Co., TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ramez F. Shamieh and Myles Lenz, Shamieh Law, PLLC, 1111 W. Mockingbird Lane, Suite 1160, Dallas, TX 75247, (214) 389-7333.

## DEFENDANTS

Tyson Foods, Inc. and Amir Ata Jabarzadeh

County of Residence of First Listed Defendant   Washington Co., AR
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Zachary T. Mayer, J. Edward Johnson, and G. Adrian Galvan, Mayer LLP, 750 N. St. Paul St., Ste 700, Dallas, TX 75201, (214) 379-6900

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
     Plaintiff

☐ 2   U.S. Government
     Defendant

☐ 3   Federal Question
     *(U.S. Government Not a Party)*

☒ 4   Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                          *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
     Proceeding
☒ 2   Removed from
     State Court
☐ 3   Remanded from
     Appellate Court
☐ 4   Reinstated or
     Reopened
☐ 5   Transferred from
     Another District
     *(specify)*
☐ 6   Multidistrict
     Litigation -
     Transfer
☐ 8   Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Sec. 1332, 1441  and 1446
Brief description of cause:
Automobile Accident

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $
1,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*     JUDGE _____     DOCKET NUMBER _____

DATE
01/23/2023

SIGNATURE OF ATTORNEY OF RECORD
Zach T. Mayer

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## 431ST JUDICIAL DISTRICT COURT

# CASE SUMMARY
## CASE NO. 22-10862-431

| | | | |
|---|---|---|---|
| Shane Burris v. Tyson Foods, Inc. and Amir Ata Jabarzadeh | § § § § | Location:<br>Judicial Officer:<br>Filed on: | **431st Judicial District Court**<br>**Johnson, James S.**<br>**12/22/2022** |

---

### CASE INFORMATION

| | |
|---|---|
| Case Type: | **Injury/Damages – Motor Vehicle** |
| Case Status: | **12/22/2022   Active** |
| Case Flags: | **Jury Fee Paid** |

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 22-10862-431 |
| Court | 431st Judicial District Court |
| Date Assigned | 12/22/2022 |
| Judicial Officer | Johnson, James S. |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| | | *Lead Attorneys* |
| **Plaintiff** | **Burris, Shane** | **Shamieh, Ramez F**<br>*Retained*<br>214-389-7335(F)<br>214-389-7333(W) |
| **Defendant** | **Jabarzadeh, Amir Ata** | |
| | **Tyson Foods, Inc.** | |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| 12/22/2022 | 📄 Plaintiff's Original Petition |
| 12/22/2022 | Jury fee paid<br>*(This entry only represents the payment of the jury fee - not a document filed with the clerk.)* |
| 12/22/2022 | **Citation**<br>📄 Tyson Foods, Inc.<br>Served: 12/29/2022<br>Anticipated Server: Private Process Server<br>Actual Server: Private Process Server<br>Return Date/Time: 01/03/2023<br>📄 Jabarzadeh, Amir Ata<br>Unserved<br>Anticipated Server: Private Process Server<br>*Env #71263241* |
| 12/27/2022 | 📄 Record/Copy Request |
| 01/03/2023 | 📄 Service Returned<br>*Citation to Tyson Foods, Inc*<br>For:  Defendant  Tyson Foods, Inc. |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Plaintiff**  Burris, Shane
Total Charges                                                                                                       376.00

*Printed on 01/20/2023 at 9:48 AM*

# CASE SUMMARY
## CASE NO. 22-10862-431

| | | | |
|---|---|---|---|
| | Total Payments and Credits | | 376.00 |
| | **Balance Due as of 01/20/2023** | | **0.00** |
| | | | |
| 12/22/2022 | Charge | Plaintiff Burris, Shane | 376.00 |
| 12/22/2022 | TexFile Payment    Receipt # 2022-37643 | Plaintiff Burris, Shane | (239.00) |
| 12/22/2022 | Credit | Plaintiff Burris, Shane | (137.00) |

FILED: 12/23/2022 3:04 PM
David Trantham
Denton County District Clerk
By: Guadalupe Avelino, Deputy

22-10862-431

CAUSE NO. _____

| | | |
|---|---|---|
| **SHANE BURRIS** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | _____ **JUDICIAL DISTRICT** |
| | § | |
| **TYSON FOODS, INC. and** | § | |
| **AMIR ATA JABARZADEH** | § | |
| | § | |
| *Defendants.* | § | **DENTON COUNTY, TEXAS** |

---

### PLAINTIFF'S ORIGINAL PETITION

---

Shane Burris files his Original Petition complaining of Defendants Tyson Foods, Inc. and Amir Ata Jabarzadeh (collectively as "Defendants") and respectfully shows the Court the following:

### I.
### DISCOVERY CONTROL PLAN

1.     Pursuant to Rule 190 of the *Texas Rules of Civil Procedure*, Plaintiff affirmatively pleads that he seeks monetary relief over $1,000,000.00. Plaintiff also requests that this case be placed into Level 3 Discovery Plan.

### II.
### PARTIES

2.     Plaintiff Shane Burris is a resident of Grayson County, Texas.

3.     Defendant Tyson Foods, Inc. ("Tyson Foods") is a foreign corporation headquartered in Arkansas and organized under the laws of Delaware.  It can be served through its registered agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.



4.      Defendant <u>Amir Ata Jabarzadeh</u> ("Jabarzadeh") is an individual who resides in Johnson

County, Kansas, and can be served with process at: <u>11448 Conser Street, Overland Park Kansas,</u>

<u>66210</u>, or wherever he may be found.

### III.
### JURISDICTION AND VENUE

5.      This Court maintains jurisdiction over Defendant Jabarzadeh because he committed the

torts at issue in Texas.

6.      This Court maintains jurisdiction over Defendant Tyson Foods because it transacts

business in the State of Texas and committed the torts at issue in Texas.

7.      Venue is proper in Denton County because all or a substantial part of the events giving rise

to Plaintiff's claims occurred in Denton County, Texas. TEX. CIV. PRAC. & REM. CODE §

15.002(a)(2).

### IV.
### BACKGROUND FACTS

8.      On February 3, 2021, Defendant Jabarzadeh crashed into Plaintiff's vehicle on I-35 in

Denton County, Texas when he made an unsafe lane change. Plaintiff attempted to take evasive

action, but was unable to avoid the crash. At the time of the collision, Defendant Jabarzadeh was

operating an 18-wheeler tractor and trailer owned and/or controlled by Defendant Tyson Foods.

Upon information and belief, Defendant Jabarzadeh was in the course and scope of his

employment with Defendant Tyson Foods at the time of the crash.

9.      Plaintiff suffered serious injuries and damages for which he now brings this lawsuit.

Defendants both proximately caused Plaintiff's injuries, and Plaintiff did not cause or contribute

to his injuries in any way.

## V.
## CAUSES OF ACTION

### *Negligence – Defendant Jabarzadeh*

10.    The collision referenced above, and the resulting injuries and damages were proximately caused by the negligent conduct of Defendant Jabarzadeh in one or more of the following aspects:

  a) In failing to properly exercise his duty of care that a reasonable person would to avoid harm to others in the same or similar circumstances

  b) In failing to keep a proper lookout of which an ordinary, reasonable person would have maintained under the same or similar circumstances;

  c) In failing to safely control one's speed;

  d) In failing to timely apply the brakes of his vehicle in order to avoid the collision in question;

  e) In failing to take evasive actions to avoid the collision in question;

  f) In failing to maintain a safe distance between the vehicle he was operating and Plaintiff's vehicle;

  g) In failing to stay alert;

  h) In failing to maintain a single lane of traffic;

  i) In operating a cell phone while operating the vehicle;

  j) In making an unsafe turn/lane change; and

  k) In engaging in various other acts of negligence or negligence *per se* to be specified at the time of trial.

11.    Each of the foregoing acts or omissions, singularly or in combination with others, constitutes negligence, which was a proximate cause of the collision and Plaintiff's injuries and damages.

### *Respondeat Superior – Defendant Tyson Foods*

12.      Defendant Tyson Foods is liable for Defendant Jabarzadeh's negligence under the doctrine of *Respondeat Superior*. Defendant Jabarzadeh was employed by Defendant Tyson Foods at the time of the collision. Further, he was acting in the course and scope of his employment when he negligently operated the vehicle and trailer owned by Defendant Tyson Foods, which caused the crash that makes the basis of this lawsuit.

### *Negligent Entrustment – Defendants Tyson Foods*

13.      Defendant Tyson Foods owned the vehicle that Defendant Jabarzadeh was operating at the time of the collision. Defendant Tyson Foods negligently entrusted its vehicle to Defendant Jabarzadeh to utilize within the course of his employment on the day of the Collision. Defendant Jabarzadeh operated the 18-wheeler with the knowledge, consent, and permission of Defendant Tyson Foods. Defendant Tyson Foods knew or should have known that Defendant Jabarzadeh was a reckless and/or incompetent driver on the day of the Collision. Defendant Tyson Foods could have and should have reasonably anticipated entrusting a vehicle to a reckless and/or incompetent driver would result in injury. Defendant Jabarzadeh's negligence proximately caused Plaintiff's injuries.

### *Negligent Hiring, Training and Supervision – Defendant Tyson Foods*

14.      Defendant Tyson Foods failed to use the ordinary care of a reasonable entity when hiring, training, retaining, and supervising its employees to operate their vehicles and trailers safely and reasonably.

15.      Defendant Tyson Foods knew or should have known that an employee who was a negligent and/or incompetent driver would pose a serious risk to others while carrying out the duties of his

employment. Defendant Tyson Foods failed to exercise reasonable and ordinary care to avoid harm to others under circumstances similar to those described herein.

## VI.
## DAMAGES

16.     As a result of the injuries sustained by Plaintiff caused by the collision in which this lawsuit arises from, Plaintiff sues for the following:

      a.   Physical pain and suffering the past;

      b.   Physical pain and suffering that Plaintiff will experience in the future;

      c.   Mental anguish suffered in the past;

      d.   Mental anguish Plaintiff will experience in the future;

      e.   Medical expenses incurred in the past;

      f.   Medical expenses the Plaintiff will incur in the future;

      g.   Physical impairment suffered in the past;

      h.   Physical impairment the Plaintiff will suffer in the future;

      i.   Disfigurement;

      j.   Lost wages past and future;

      k.   Loss of earning capacity past and future.

17.     Defendants' actions caused Plaintiff to suffer and sustain damages within the jurisdictional requirements of this Court and in such an amount as evidence may show proper at the time of trial.

18.     Plaintiff sues Defendants for all causes of action pled in this petition jointly and severally, for all damages Defendants caused Plaintiff described in this Petition.

## VII.
## PREJUDGMENT AND POST JUDGEMENT INTEREST

19.     Plaintiff seeks pre-judgement and post judgement interest as allowed by law.

## VIII.
## COURT COSTS

20.     Plaintiff sues to recover court costs as allowed by law.

## IX.
## DEMAND FOR JURY TRIAL

21.     Plaintiff demands jury trial and has tendered the appropriate fee.

## X.
## INITIAL DISCLOSURES

22.     Defendants are required to provide initial disclosures in accordance with *Texas Rule of Civil Procedure* 194.2.

## XI.
## RULE 193.7 NOTICE

23.     Plaintiff intends to use Defendants' discovery responses as evidence at trial in accordance with such right and privileges established by *Texas Rule of Civil Procedure* 193.7.

## XII.
## PRAYER

24.     For these reasons, Plaintiff prays that Defendants be cited to appear and answer herein, and that upon final hearing hereof, Plaintiff has judgment against Defendants for actual damages, prejudgment and post judgment interest, and costs. Plaintiff further prays for such other and further relief, at law or in equity, general or specific, that Plaintiff may be justly entitled.



Respectfully submitted,


By: */s/ Myles Lenz*
Ramez F. Shamieh
Louisiana State Bar No. 35558
Texas State Bar No. 24066683
New York State Bar No. 5280219
Myles Lenz
Texas State Bar No. 24092685
myles@shamiehlaw.com

**SHAMIEH LAW, PLLC**
1111 West Mockingbird Lane, Suite 1160
Dallas, Texas 75247
214.389.7333 telephone
214.389.7335 facsimile
**ATTORNEYS FOR PLAINTIFF**

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE
DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK
1-20-23   By: _____
Date                         Deputy Clerk

## CITATION –TRC 99 and 106

THE STATE OF TEXAS                                                        COUNTY OF DENTON

### CAUSE NO. 22-10862-431

**TO: Tyson Foods, Inc. Registered Agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201 (or wherever he/she may be found)**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may also be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk: Find out more at TexasLawHelp.org.

| | |
|---|---|
| Court: | 431st Judicial District Court<br>1450 E. McKinney, 4th Floor, Denton, TX 76209 |
| Cause No.: | 22-10862-431 |
| Date of Filing: | December 22, 2022 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Shane Burris; Tyson Foods, Inc.; Amir Ata Jabarzadeh |
| Clerk: | David Trantham, District Clerk, 1450 E. McKinney, Suite 1200, Denton, TX 76209 |
| Party or<br>Party's Attorney: | Ramez F. Shamieh<br>1111 West Mockingbird Lane, Suite 1160 Dallas, Texas 75247 |

Issued under my hand and seal of this said court on this the 22nd day of December, 2022.

David Trantham, District Clerk
Denton, Denton County, Texas

BY: _____, Deputy
Lupe Avelino

### Service Return

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the _____ day of
_____, 20___, at _____ M by delivering to the within named _____
in person a true copy of this citation, with attached copy(ies) of the Plaintiff's Original Petition, at
_____

Service Fee: $ _____                          _____ Sheriff/Constable
                                                      _____ County, Texas

Service ID No. _____                          _____
                                                      Deputy/Authorized Person

### VERIFICATION

On this day personally appeared _____ known to me
to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of
perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules
of Civil Procedure.  I am over the age of eighteen years and I am not a party to or interested in the outcome of
this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___

Notary Public

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE

DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK

1-20-23                                                By: _____
Date                                                         Deputy Clerk

## CITATION –TRC 99 and 106

**THE STATE OF TEXAS**                                    **COUNTY OF DENTON**

### CAUSE NO. 22-10862-431

**TO: Tyson Foods, Inc. Registered Agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201 (or wherever he/she may be found)**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may also be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

| | |
|---|---|
| Court: | 431st Judicial District Court<br>1450 E. McKinney, 4th Floor, Denton, TX 76209 |
| Cause No.: | 22-10862-431 |
| Date of Filing: | December 22, 2022 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Shane Burrie; Tyson Foods, Inc.; Amir Ata Jabarzadeh |
| Clerk: | David Trantham, District Clerk, 1450 E. McKinney, Suite 1200, Denton, TX 76209 |
| Party or<br>Party's Attorney: | Ramez F. Shamieh<br>1111 West Mockingbird Lane, Suite 1160 Dallas, Texas 75247 |

Issued under my hand and seal of this said court on this the 22nd day of December, 2022.

David Trantham, District Clerk
Denton, Denton County, Texas

**AFFIDAVIT ATTACHED**

BY: _____, Deputy
Lupe Avelino

### Service Return

Came to hand on the _____ day of _____, 20____, at _____m., and executed on the _____ day of _____, 20____, at _____ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the Plaintiff's Original Petition, at _____.

Service Fee: $ _____

_____ Sheriff/Constable
_____ County, Texas

Service ID No. _____

_____ Deputy/Authorized Person

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20____

_____ Notary Public



## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Denton**                    **431st Judicial District Court**

Case Number: 22-10862-431

Plaintiff:
**Shane Burris**

vs.

Defendant:
**Tyson Foods, Inc., and Amir Ata Jabarzadeh**

For:
Ramez Shamieh
1111 W. Mockingbird Ln
Suite 1160
Dallas, TX 75247

Received by Anthony Collins on the 28th day of December, 2022 at 2:11 pm to be served on **Tyson Foods, Inc. r/a CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201.**

I, Anthony Collins, being duly sworn, depose and say that on the **29th day of December, 2022 at 2:55 pm, I:**

Executed service by hand delivering a true copy of the **Citation, Copy of Plaintiff's Original Petition** to: **George Martinez** , an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.,** who is authorized to accept service of process for **Tyson Foods, Inc.** , at the address of: **1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

**Anthony Collins**
PSC-357 Expires 12/31/2023

Subscribed and Sworn to before me on the 30th day
of December, 2022 by the affiant who is personally
known to me.

NOTARY PUBLIC

**On Time Process Service**
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999

Our Job Serial Number: ONT-2022008349
Ref: Shane Burris

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m



## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 71428661
Status as of 1/4/2023 9:29 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jose Olivares | | jose@shamiehlaw.com | 1/3/2023 12:07:25 PM | SENT |
| Myles Lenz | | myles@shamiehlaw.com | 1/3/2023 12:07:25 PM | SENT |

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE

DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK

1-20-23   By:
Date                              Deputy Clerk

# CITATION—TRC 99 and 106

THE STATE OF TEXAS                                                  COUNTY OF DENTON

### CAUSE NO. 22-10862-431

**TO: Amir Ata Jabarzadeh 11448 Conser Street, Overland Park, Kansas, 66210 (or wherever he/she may be found)**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may also be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

| | |
|---|---|
| Court: | 431st Judicial District Court<br>1450 E. McKinney, 4th Floor, Denton, TX 76209 |
| Cause No.: | 22-10862-431 |
| Date of Filing: | December 22, 2022 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Shane Burris; Tyson Foods, Inc.; Amir Ata Jabarzadeh |
| Clerk: | David Trantham, District Clerk, 1450 E. McKinney, Suite 1200, Denton, TX 76209 |
| Party or<br>Party's Attorney: | Ramez F. Shamieh<br>1111 West Mockingbird Lane, Suite 1160 Dallas, Texas 75247 |

Issued under my hand and seal of this said court on this the 22nd day of December, 2022.

David Trantham, District Clerk
Denton, Denton County, Texas

BY: _____, Deputy
Lupe Avelino

---

### Service Return

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the _____ day of
_____, 20___, at _____ M by delivering to the within named _____
in person a true copy of this citation, with attached copy(ies) of the Plaintiff's Original Petition, at .

_____

Service Fee: $ _____

_____ Sheriff/Constable
_____ County, Texas

Service ID No. _____

_____
Deputy/Authorized Person

### VERIFICATION

On this day personally appeared _____ known to me
to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of
perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules
of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of
this suit, and have been authorized by the Denton County Courts to serve process.
Subscribed and sworn to before me on this the _____ day of _____, 20___

_____
Notary Public

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE

DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK

By: _____

Deputy Clerk

Date