IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHANE BURRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00202-BP |
| | § | |
| TYSON FOODS INC. and | § | |
| AMIR ATA JABARZADEH, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On February 9, 2024, the parties in this lawsuit filed a Joint Motion to Stay all Deadlines and Notice of Settlement (ECF Nos. 29-30), notifying the Court that the parties reached a settlement of their respective claims and defenses. The parties also requested that "the Court stay all current deadlines for a period of sixty (60) days so that the appropriate dismissal papers may be submitted." *Id*. The parties are therefore **ORDERED** to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order—with the Clerk's Office **by April 12, 2024**. If further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court. All deadlines with respect to the claims of the parties are stayed until further order of the Court.

It is so **ORDERED** on February 12, 2024.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE