IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SHANE BURRIS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **Civil Action No. 4:23-cv-00202-BP** |
| § | |
| **TYSON FOODS INC.** and § | |
| **AMIR ATA JABARZADEH,** § | |
| § | |
| **Defendants.** § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      This case is **DISMISSED** with prejudice.

2.      The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring such costs.

3.      The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order, to the parties.

It is so **ORDERED** on February 29, 2024.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE